# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: STEPHANIE M. DES ROBERTS  §  Case No. 11-84249
                                 §
                                 §
        Debtor(s)                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 09/29/2011.

2) The plan was confirmed on 11/30/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/27/2014.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 07/09/2013.

5) The case was completed on 12/05/2014.

6) Number of months from filing or conversion to last payment: 38.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $36,885.00.

10) Amount of unsecured claims discharged without full payment: $52,696.67.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 11,100.00 | |
| Less amount refunded to debtor(s) | $ 300.00 | |
| **NET RECEIPTS** | | $ 10,800.00 |

### Expenses of Administration:

|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 602.69 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,102.69 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| CHASE AUTO FINANCE | Uns | 8,265.00 | 5,121.58 | 5,121.58 | 1,843.86 | 0.00 |
| WELLS FARGO BANK NA | Sec | 6,052.00 | 6,618.29 | 0.00 | 316.88 | 0.00 |
| ACCOUNTS RECEIVABLE MG | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| ALEX BROS OUTPATIENT GRP | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS HOSPITAL | Uns | 1,646.00 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS INC | Uns | 869.00 | NA | NA | 0.00 | 0.00 |
| ANYTIME FITNESS | Uns | 918.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 560.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CREDITORS | Uns | 653.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| BELOIT RADIOLOGY LTD | Uns | 721.00 | NA | NA | 0.00 | 0.00 |
| BHC STREAMWOOD HOSPITAL | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS INC | Uns | 193.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATION | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Uns | 93.00 | NA | NA | 0.00 | 0.00 |
| COOPER CHARLES II DDS | Uns | 765.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 514.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 108.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 642.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 165.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 192.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 327.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 158.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 619.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| DR CINDY STEAR | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| EDWARD YAVITZ EYE CENTER LTD | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 130.00 | 130.00 | 130.00 | 46.81 | 0.00 |
| FCS INC | Uns | 601.00 | NA | NA | 0.00 | 0.00 |
| HARLEM ROSCOE AMBULANCE | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| HONONEGAH COMMUNITY HS DIST | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| HONONEGAH HIGH SCHOOL | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| HONONEGAH HIGH SCHOOL | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 474.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 556.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 1,491.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| INTEGRATED HOMECARE | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| MARTHA MULDOWNEY DDS | Uns | 447.00 | NA | NA | 0.00 | 0.00 |
| MED CLEAR INC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DENTAL HOSPITAL | Uns | 31.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 167.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 392.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 469.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 123.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MUTUAL MANAGEMENT | Uns | 1,183.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 1,404.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 375.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 5,574.00 | 5,626.19 | 5,626.19 | 2,025.52 | 0.00 |
| NCO - MEDCLR | Uns | 41.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| NORHTERN ILLINOIS IMAGING | Uns | 1,184.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS SCANNING | Uns | 176.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE | Uns | 900.00 | 150.49 | 150.49 | 54.17 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 327.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 378.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 149.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 182.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 182.00 | NA | NA | 0.00 | 0.00 |
| RMH PATHOLOGISTS LTD | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 640.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 4,175.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 4,000.00 | 1,283.02 | 216.28 | 216.28 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 34.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD SURGICAL SERVICES | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| ROSECRANCE INC | Uns | 903.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 4,794.00 | 4,829.84 | 4,829.84 | 1,738.83 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 52.00 | 52.35 | 52.35 | 18.85 | 0.00 |
| SPRINT | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| STEPHANIE DESROBERTS | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| STREAMWOOD HOSPITAL INC | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR - GROUND | Uns | 167.00 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSOC OF NO IL | Uns | 31.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 7,136.00 | NA | NA | 0.00 | 0.00 |
| THOMAS T CHUNG DDS PC | Uns | 747.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Uns | 757.00 | NA | NA | 0.00 | 0.00 |
| UIC CLINICS | Uns | 257.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| UNIV OF IL COLLEGE OF MEDICINE | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY MEDICAL SERVICES | Uns | 382.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT RECOVERY LLC | Uns | 1,994.00 | 831.68 | 831.68 | 299.42 | 0.00 |
| AFNI INC | Uns | 135.00 | 135.69 | 135.69 | 48.85 | 0.00 |
| WALMART | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPARTMENT | Uns | 0.00 | 244.00 | 244.00 | 87.84 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 316.88 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 316.88 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 17,338.10 | $ 6,380.43 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,102.69 |
| Disbursements to Creditors | $ 6,697.31 |
| **TOTAL DISBURSEMENTS:** | $ 10,800.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.


Date:  06/25/2015          By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)